UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ALMESTICA,

            Plaintiff,

- against-

ROBERT ERCOLE, JOHN DOE # 1,

            Defendants.

Docket Number
08 Civ. 8966 (AKH)

**NOTICE OF MOTION TO DISMISS**

Pro Se 

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all other prior pleadings and proceedings herein, the undersigned, on behalf of defendant Robert Ercole will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure granting defendants' motion to dismiss on the grounds that: (1) defendant was not personally involved in the alleged constitutional deprivation, (2) defendant is immune from suit in his official capacity under the Eleventh Amendment, and (3) in the alternative, defendant is protected by the doctrine of qualified immunity, and for such other and further relief as the Court deems just and proper.

*[Handwritten notation: Motion granted on the merits as on pl's default. My order of 3/23/09 required pl to file opp'n by 5/25/09. No opp'n was fd. So ordered 8/12/09. /s/ AKH]*

**PLEASE TAKE FURTHER NOTICE** that any papers in response to this motion shall be served and filed in accordance with Local Rule 6.1.

Dated: New York, New York
       March 4, 2009

>ANDREW M. CUOMO
>Attorney General of the
> State of New York
>Attorney for Defendants
>By:
>
>*/s/ Inna Reznik*
>INNA REZNIK
>Assistant Attorney General
>120 Broadway, 24th Fl
>New York, New York 10271
>(212) 416-8612

TO:   Juan Almestica
      DIN # 00-A-0554
      Plaintiff Pro Se
      Shawangunk Correctional Facility
      P.O. Box 700
      Wallkill, New York 12589-0750